STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN)**

Order Filed on November 14, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

| In Re: <br><br> Arthur L Handson, III <br> Debtor | Chapter 13 <br><br> Case Number: 17-24179-JNP <br><br> Hearing: November 14, 2017 at 10:00 a.m. <br><br> Judge: Jerrold N. Poslusny, Jr. |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 14, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Arthur L Handson, III

Case Number: 17-24179-JNP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

345 Pine Cone Drive, Lehighton, PA 18235 -- the "Property".

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

~~It is further Ordered that Movant is entitled to Attorney's fees incurred from this motion in the amount of $850.00, and costs in the amount of $181.00.~~

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.