STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN)**

Order Filed on November 14,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

| In Re:<br><br>　　Arthur L Handson, III<br>　　Debtor | Chapter 13<br><br>Case Number: 17-24179-JNP<br><br>Hearing: November 14, 2017 at 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny, Jr. |
|---|---|

| Recommended Local Form　　　☐ Followed　　　☒ Modified |
|---|

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2017**

_Honorable Jerrold N. Poslusny, Jr._
_United States Bankruptcy Court_

(page 2)
Debtor: Arthur L Handson, III

Case Number: 17-24179-JNP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

  Upon the Motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

  ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

  ☑ Real Property more fully described as:

345 Pine Cone Drive, Lehighton, PA 18235 -- the "Property".

  ☐ Personal Property more fully described as:

  It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

  ~~It is further Ordered that Movant is entitled to Attorney's fees incurred from this motion in the amount of $850.00, and costs in the amount of $181.00.~~

  The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Arthur L Handson, III  
    Debtor

Case No. 17-24179-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2017.  
db          +Arthur L Handson, III,    7 Lees Lane,    Egg Harbor Twp., NJ 08234-7004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2017 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Laura M. Egerman     on behalf of Creditor     CIT Bank, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Nicholas V. Rogers     on behalf of Creditor     BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Rebecca Ann Solarz     on behalf of Creditor     CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com  
         Richard James Tracy, III     on behalf of Creditor     TD Bank, N.A. rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;mpreston@schillerknapp.com  
         Steven A. Silnutzer     on behalf of Debtor Arthur L Handson, III stevenasil2000@yahoo.com, G28047@notify.cincompass.com  
         Steven P. Kelly     on behalf of Creditor     U.S. Bank Trust, N.A., as trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as it's attorney in fact skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                            TOTAL: 10