**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:                                                                                             Case No.:        __17-24179__

Arthur L. Handson, III                                                                    Judge:            __JNP__

        Debtor(s)

## Chapter 13 Plan and Motions

☐ Original                    ☒ Modified/Notice Required              Date: __5/14/2018__

☐ Motions Included    ☐ Modified/No Notice Required


THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __SAS__        Initial Debtor: __ALH__        Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____2115_____ per _____Month_____ to the Chapter 13 Trustee, starting on _____August 1, 2017_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☒  Sale of real property
Description: Short sale for 1 Barret Drive- EHT, NJ 08234
Proposed date for completion: _____10/1/2018_____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☒  Loan modification with respect to mortgage encumbering property:
Description: Loan Modificaion for 44/46 Zion Road- Egg harbor Twp., NJ 08234
Proposed date for completion: _____9/1/2018_____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

a. Adequate protection payments will be made in the amount of $ __1,585__ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____TD Bank_____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1310 + Fee Apps |
| DOMESTIC SUPPORT OBLIGATION | | |
| Internal Revenue Service | Priority Tax Years | $5,127.16 |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a.  **Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

b.  **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| TD Bank | First Mortgage | $63,430 | 0% | $63,430 | $1,585 |

c.  **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| CIT Bank (Loan may be transferred) | 249 Mystic Drive- EHT, NJ | $150,000 | $700,000 |
| Calibur Mortgage- | 345 Pine Cone Lehighton, Pa | $155,000 | $60,000 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Bank of America- for 1 Barrett Drive- EHT, NJ No payments through plan- Debtor is seeking short sale
Wells Fargo Bank- 44/46 Zion Road- EHT, NJ No payments through plan- Debtor is seeking to modify loan
Mercedes Benz Financial- To be paid outside of plan
EMU Enterprises- Listed as a creditor but this tax lien was paid off prioir to the filing of this Bankrptcy

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| U.S. Bank Cust. Pro Cap II | 1334 Tilton Road- Northfield, NJ | $44,310 |

## Part 5: Unsecured Claims ☐ NONE

   a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

   ☐ Not less than $ _____ to be distributed *pro rata*

   ☒ Not less than _____0_____ percent

   ☐ *Pro Rata* distribution from any remaining funds

   b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

   (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

   All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:   Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ **NONE**

   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney Fees
3) Secured Claims
4) Priority Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____12/5/2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To clarify treatment of secured claims<br>345 Pine Cone Drive- Lehighton- is surrendered<br>Mercedex Benz is being paid outside of plan | Calibur Mortgage moved to Surrender<br>Listed in Unaffected claims- being paid outside of plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 5/14/2018                                    /s/Steven A. Silnutzer
                                                   Attorney for the Debtor

Date: 5/14/2018                                    /s/Arthur L. Handson III
                                                   Debtor

Date: _____                               _____
                                                   Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 5/14/2018 /s/Steven A. Silnutzer
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 5/14/2018 /s/Arthur L. Handson III
Debtor

Date: _____ _____
Joint Debtor

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                              Case No. 17-24179-JNP
Arthur L Handson, III                                               Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                Page 1 of 2                  Date Rcvd: May 17, 2018
                              Form ID: pdf901            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
db             +Arthur L Handson, III,    7 Lees Lane,    Egg Harbor Twp., NJ 08234-7004
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487,    UNITED STATES 33487-2853
cr             +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,    PO Box 9013,    Addison, TX 75001-9013
517052880       BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
516936575       Bank of America Home Loans,    PO Box 31785,    Tampa, FL 33631-3785
516936576       Buckley Madole, P.C.,    99 Wood Ave S Ste 803,    Iselin, NJ 08830-2713
516936579       CBCS,    PO Box 2724,    Columbus, OH 43216-2724
516997634      +CIT Bank, N.A.,    C/O Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave,    Suite 100,
                 Boca Raton FL 33487-2853
517056614      +CITI Bank, N.A.,     fka 2 W. Bank,    P.O. Box 9013,    Addison, Texas 75001-9013
516936578       Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
516936580       Chistopher DeNardo, Esq.,    3600 Horizon Dr,    King of Prussia, PA 19406-4702
516936581    +++Citibank,    PO Box 6241,    Sioux Falls SD 57117-6241
516936582    +++Citibank,    Attn Legal Dept,701 E. 60th St.North,     PO Box 6034,    Sioux, Falls SD 57117-6034
516936584      +Cooper Levenson,    1125 Atlantic Ave,    Atlantic City, NJ 08401-4812
516936585       Dembo & Saldutti,    1300 Route 73,    Mount Laurel, NJ 08054-2200
516936586      +Duanne Morris LLP,    30 S 17th St,    Philadelphia, PA 19103-4196
516936587    +++EMU Enterprises,    23545 Old 44 Dr.,    Millville, CA 96062-9511
516936588       Gary C. Zeitz, LLC,    Att: Linda Fosse,    1101 Laurel Oak Rd Ste 170,    Voorhees, NJ 08043-4381
517022988    +++Jessica Shaak,    PO Box 557,    Somers Point NJ 08244-0557
516936590       M & T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516936592       Onondaga Abstract Inc,    9 Albany St,    Cazenovia, NY 13035-1201
516936595       PP&L Electric,    2 N 9th St,    Allentown, PA 18101-1139
516936593       Phelan Hallinan Diamond & Jones PC,    400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516936594       Phelan Hallinan Diamond & Jones PC,    Att: Michael F. Dingerdissen,    400 Fellowship Rd Ste 100,
                 Mount Laurel, NJ 08054-3437
516936596       Rickart Collection Systems, Inc.,    PO Box 7242,    North Brunswick, NJ 08902-7242
516936597       Shapiro & DeNardo,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ 08054-2242
516936598       Shapiro & DeNardo,    Att: Christopher DeNardo,    3600 Horizon Dr Ste 150,
                 King of Prussia, PA 19406-4702
516936600   ++++U.S. BANK CUST. PRO CAP II,    50 S 16TH ST STE 1960,    PHILADELPHIA PA 19102-2517
               (address filed with court:   U.S. Bank Cust. Pro Cap II,    50 S 16th St Ste 1950,
                 Philadelphia, PA 19102-2517)
517157884      +U.S. BANK TRUST, N.A.,,    13801 Wireless Way,    Oklahoma City OK 73134-2500
517156606      +U.S. BANK TRUST, N.A.,,    Caliber Home Loans, Inc.,    P.O. Box 24330,
                 Oklahoma City, OK 73124-0330
516936601       U.S. Bank Trust National Association,    300 Delaware Ave Fl 9,    Wilmington, DE 19801-1607
516936602       Wells Fargo Bank,    Attn: Bankruptcy Department,    PO Box 10335,    Des Moines, IA 50306-0335
517165995      +Wells Fargo Bank, N.A.,    Law Department,    301 S. Tryon St., 16th Floor,    MAC D1130-161,
                 Charlotte, NC 28282-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 17 2018 22:58:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 17 2018 22:58:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@pepcoholdings.com May 17 2018 22:58:13      Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
516936574       E-mail/Text: bankruptcy@pepcoholdings.com May 17 2018 22:58:14
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516936577       E-mail/Text: ECMBKMail@Caliberhomeloans.com May 17 2018 22:59:18      Calibur Home Loan,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
516936583      +E-mail/Text: cruffo@cityofnorthfield.org May 17 2018 22:58:31      City of Northfield,
                 1600 Shore Rd Ofc,    Northfield, NJ 08225-2201
516936589       E-mail/Text: cio.bncmail@irs.gov May 17 2018 22:58:05      Internal Revenue Service,
                 PO Box 21126,    Philadelphia, PA 19114-0326
516936591       E-mail/Text: M74banko@daimler.com May 17 2018 22:59:16      Mercedes Motor Financial services,
                 PO Box 685,    Roanoke, TX 76262-0685
517107435       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 23:00:34
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516936599       E-mail/Text: bankruptcy@td.com May 17 2018 22:58:32      TD Bank NA,    1701 Marlton Pike E,
                 Cherry Hill, NJ 08003-2390
                                                                                              TOTAL: 10
```

```
District/off: 0312-1               User: admin                  Page 2 of 2                  Date Rcvd: May 17, 2018
                                   Form ID: pdf901              Total Noticed: 44
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517176114*       BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              Steven A. Silnutzer     on behalf of Debtor Arthur L Handson, III stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as trustee for LSF9 Master
               Participation Trust by Caliber Home Loans, Inc., as it's attorney in fact
               skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```