# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24179−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Arthur L Handson III
    7 Lees Lane
    Egg Harbor Twp., NJ 08234

Social Security No.:
    xxx−xx−7275

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on May 18, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 70 − 67
Order Granting Application to Employ Edgar Parra as Realtor for Debtor (Related Doc # 67). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/18/2018. (cmf)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 18, 2018
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Arthur L Handson, III
    Debtor

Case No. 17-24179-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 18, 2018
                   Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2018.
r          +Edgar Parra,    Farley & Ferry Realty, Inc.,    5215 Atlantic Avenue,    Ventnor, NJ 08406-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Jane L. McDonald     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Laura M. Egerman     on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
        Nicholas V. Rogers     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
        Rebecca Ann Solarz     on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest Bank, FSB rsolarz@kmllawgroup.com
        Richard James Tracy, III     on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,    tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerknapp.com
        Steven A. Silnutzer     on behalf of Debtor Arthur L Handson, III stevenasil2000@yahoo.com,    G28047@notify.cincompass.com;silnutzerlaw@gmail.com
        Steven P. Kelly     on behalf of Creditor    U.S. Bank Trust, N.A., as trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., as it's attorney in fact    skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 11