UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STEVEN A. SILNUTZER, P.C.
335 E. Jimmie Leeds Road
Building 200, Suite C
Galloway, NJ 08205
(609) 748-6100
Attorney for Debtor:
Steven A. Silnutzer, Esq.   SAS-0833

In Re:
Arthur L. Handson, III

Order Filed on May 18, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-24179

Chapter: 13

Judge: JNP

ORDER AUTHORIZING RETENTION OF

REALTOR

The relief set forth on the following page is **ORDERED**.

DATED: May 18, 2018

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain      Edgar Parra

as      Realtor      , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Farley & Ferry Realty, Inc.

   5215 Atlantic Avenue

   Ventnor, NJ 08406

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-24179-JNP
Arthur L Handson, III                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: May 18, 2018
                          Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db             +Arthur L Handson, III,    7 Lees Lane,    Egg Harbor Twp., NJ 08234-7004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
         Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com,
         bkyecf@rasflaw.com;legerman@rasnj.com
        Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
        Rebecca Ann Solarz    on behalf of Creditor    CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
         Bank, FSB rsolarz@kmllawgroup.com
        Richard James Tracy, III    on behalf of Creditor    TD Bank, N.A. rtracy@schillerknapp.com,
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
         napp.com
        Steven A. Silnutzer    on behalf of Debtor Arthur L Handson, III stevenasil2000@yahoo.com,
         G28047@notify.cincompass.com;silnutzerlaw@gmail.com
        Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as trustee for LSF9 Master
         Participation Trust by Caliber Home Loans, Inc., as it's attorney in fact
         skelly@sterneisenberg.com,    bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 11