Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−24179−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur L Handson III
   7 Lees Lane
   Egg Harbor Twp., NJ 08234

Social Security No.:
   xxx−xx−7275

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/1/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 1, 2018
JAN: cmf

                                                            Jeanne Naughton
                                                            Clerk

```
                        United States Bankruptcy Court
                            District of New Jersey
In re:                                                          Case No. 17-24179-JNP
    Arthur L Handson, III                                       Chapter 13
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                Page 1 of 2               Date Rcvd: Aug 01, 2018
                              Form ID: 148               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db             +Arthur L Handson, III,    7 Lees Lane,    Egg Harbor Twp., NJ 08234-7004
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,     400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWes,     PO Box 9013,    Addison, TX 75001-9013
r              +Edgar Parra,    Farley & Ferry Realty, Inc.,     5215 Atlantic Avenue,    Ventnor, NJ 08406-2914
516936576       Buckley Madole, P.C.,     99 Wood Ave S Ste 803,    Iselin, NJ 08830-2713
516936579       CBCS,    PO Box 2724,    Columbus, OH 43216-2724
516997634      +CIT Bank, N.A.,    C/O Robertson, Anschutz & Schneid P.L.,     6409 Congress Ave,    Suite 100,
                 Boca Raton FL 33487-2853
517056614      +CITI Bank, N.A.,    fka 2 W. Bank,    P.O. Box 9013,    Addison, Texas 75001-9013
516936580       Chistopher DeNardo, Esq.,    3600 Horizon Dr,    King of Prussia, PA 19406-4702
516936581     +++Citibank,    PO Box 6241,    Sioux Falls SD 57117-6241
516936582     +++Citibank,    Attn Legal Dept,701 E. 60th St.North,     PO Box 6034,    Sioux, Falls SD 57117-6034
516936584      +Cooper Levenson,    1125 Atlantic Ave,    Atlantic City, NJ 08401-4812
516936585       Dembo & Saldutti,    1300 Route 73,    Mount Laurel, NJ 08054-2200
516936586      +Duanne Morris LLP,    30 S 17th St,    Philadelphia, PA 19103-4196
516936587     +++EMU Enterprises,    23545 Old 44 Dr.,    Millville, CA 96062-9511
516936588       Gary C. Zeitz, LLC,    Att: Linda Fosse,     1101 Laurel Oak Rd Ste 170,    Voorhees, NJ 08043-4381
517022988     +++Jessica Shaak,    PO Box 557,    Somers Point NJ 08244-0557
516936590       M & T Bank,    PO Box 619063,    Dallas, TX 75261-9063
516936592       Onondaga Abstract Inc,    9 Albany St,    Cazenovia, NY 13035-1201
516936595       PP&L Electric,    2 N 9th St,    Allentown, PA 18101-1139
516936593       Phelan Hallinan Diamond & Jones PC,     400 Fellowship Rd Ste 100,    Mount Laurel, NJ 08054-3437
516936594       Phelan Hallinan Diamond & Jones PC,     Att: Michael F. Dingerdissen,    400 Fellowship Rd Ste 100,
                 Mount Laurel, NJ 08054-3437
516936596       Rickart Collection Systems, Inc.,     PO Box 7242,    North Brunswick, NJ 08902-7242
516936597       Shapiro & DeNardo,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ 08054-2242
516936598       Shapiro & DeNardo,    Att: Christopher DeNardo,     3600 Horizon Dr Ste 150,
                 King of Prussia, PA 19406-4702
516936600    ++++U.S. BANK CUST. PRO CAP II,    50 S 16TH ST STE 1960,    PHILADELPHIA PA  19102-2517
                 (address filed with court: U.S. Bank Cust. Pro Cap II,     50 S 16th St Ste 1950,
                 Philadelphia, PA 19102-2517)
517157884      +U.S. BANK TRUST, N.A.,,    13801 Wireless Way,    Oklahoma City OK 73134-2500
517156606      +U.S. BANK TRUST, N.A.,,    Caliber Home Loans, Inc.,     P.O. Box 24330,
                 Oklahoma City, OK 73124-0330
516936601       U.S. Bank Trust National Association,     300 Delaware Ave Fl 9,    Wilmington, DE 19801-1607
517165995      +Wells Fargo Bank, N.A.,    Law Department,    301 S. Tryon St., 16th Floor,    MAC D1130-161,
                 Charlotte, NC 28282-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2018 00:31:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2018 00:31:21     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bankruptcy@pepcoholdings.com Aug 02 2018 00:30:43     Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
516936574       E-mail/Text: bankruptcy@pepcoholdings.com Aug 02 2018 00:30:43
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,     5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517052880       EDI: BANKAMER.COM Aug 02 2018 03:53:00      BANK OF AMERICA, N.A.,    Bank of America,
                 PO BOX 31785,    Tampa FL 33631-3785
516936575       EDI: BANKAMER.COM Aug 02 2018 03:53:00      Bank of America Home Loans,    PO Box 31785,
                 Tampa, FL 33631-3785
516936577       E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 02 2018 00:32:36      Calibur Home Loan,
                 13801 Wireless Way,    Oklahoma City, OK 73134-2500
516936578       EDI: CAPITALONE.COM Aug 02 2018 03:53:00      Capital One Bank,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
516936583      +E-mail/Text: cruffo@cityofnorthfield.org Aug 02 2018 00:31:27      City of Northfield,
                 1600 Shore Rd Ofc,    Northfield, NJ 08225-2201
516936589       EDI: IRS.COM Aug 02 2018 03:53:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0326
516936591       EDI: DAIMLER.COM Aug 02 2018 03:53:00      Mercedes Motor Financial services,    PO Box 685,
                 Roanoke, TX 76262-0685
517107435       EDI: PRA.COM Aug 02 2018 03:53:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516936599       EDI: TDBANKNORTH.COM Aug 02 2018 03:53:00      TD Bank NA,    1701 Marlton Pike E,
                 Cherry Hill, NJ 08003-2390
516936602       EDI: WFFC.COM Aug 02 2018 03:53:00      Wells Fargo Bank,    Attn: Bankruptcy Department,
                 PO Box 10335,    Des Moines, IA 50306-0335
                                                                                               TOTAL: 14
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Aug 01, 2018
                               Form ID: 148             Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517176114*      BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
                                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor   CIT Bank, N.A., fka OneWest Bank, N.A., fka OneWest
               Bank, FSB rsolarz@kmllawgroup.com
              Richard James Tracy, III    on behalf of Creditor   TD Bank, N.A. rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Steven A. Silnutzer    on behalf of Debtor Arthur L Handson, III stevenasil2000@yahoo.com,
               G28047@notify.cincompass.com;silnutzerlaw@gmail.com
              Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as trustee for LSF9 Master
               Participation Trust by Caliber Home Loans, Inc., as it's attorney in fact
               skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11